UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ADRIAN JONES,

                Plaintiff,

v.

STATE OF NEVADA, *et al.*,

                Defendants.

Case No. 3:23-cv-00237-MMD-CSD

ORDER

On December 11, 2023, the Court screened Plaintiff Adrian Jones's Complaint under 28 U.S.C. § 1915A. (ECF No. 6.) The Court dismissed the Complaint without prejudice and with leave to amend within 30 days. (*Id.*) Jones never filed an amended complaint, and the Court dismissed the case, entered judgment, and closed the case in February 2024. (ECF Nos. 8, 9.) Over two years after the case was closed, Jones has now filed a motion requesting production of documents. (ECF No. 11.) The request for documents does not specify any documents that Jones is seeking. (*Id.*)

There is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis* as the *in forma pauperis* statute, 28 U.S.C. § 1915, does not authorize the Court to pay the costs for an indigent litigant's copy requests. The Court will direct the Clerk of the Court to send Jones a courtesy copy of his complaint in this case, and a copy of the docket sheet. If Jones would like copies of any of any of the other filings in this case, he must fill out the appropriate paperwork and pay for the copies.

It is therefore ordered that Jones's motion for production of documents (ECF No. 11) is denied.

The Clerk of the Court is directed to send Jones a courtesy copy of his Complaint (ECF No. 7) and the docket sheet. If Jones wants copies of any other documents, he must fill out the appropriate paperwork and pay for the copies.

DATED THIS 26th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE